UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-cr-14034-Moore

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMY PENNAMON,

    Defendant.
_____/

## REPORT & RECOMMENDATION

The Defendant, TOMMY PENNAMON, appeared before the Court on February 24, 2023, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally convicted in the Southern District of Florida of conspiracy to possess with intent to distribute 500 grams or more of cocaine, in violation of Title 21 U.S.C. § 846, a Class A felony; conspiracy to possess with intent to distribute cocaine, in violation of Title 21 U.S.C. § 846, a Class B felony; and possession of a firearm by a convicted felon, in violation of Title 21 U.S.C. § 922(g), a Class A felony. On December 10, 2007, the Honorable K. Michael Moore, United States District Judge, sentenced the Defendant to 188 months of imprisonment followed by eight years of supervised release with certain special conditions. The Defendant's term of supervised release commenced on December 31, 2020.

The Defendant is now charged with four (4) violations of his conditions of supervision:

**(1) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about April 22, 2022, in Indian River County, Florida, the Defendant committed the offense of Possession of Cocaine, contrary to Florida Statutes 893.13(6)(A).

**(2)** **<u>Violation of Mandatory Condition,</u>** by unlawfully possessing a controlled substance. On or about April 22, 2022, in Indian River County, Florida, the Defendant was found in possession of cocaine by the Vero Beach Police Department and charged with possession of cocaine, contrary to Florida Statutes 893.13(6)(A).

**(3)** **<u>Violation of Mandatory Condition,</u>** by unlawfully using or possessing a controlled substance. On or about April 25, 2022, the Defendant submitted a urine specimen which tested positive for the presence of cocaine in the local laboratory for the Middle District of Florida; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated.

**(4)** **<u>Violation of Mandatory Condition,</u>** by unlawfully using or possessing a controlled substance. On or about September 22, 2022, the Defendant submitted a urine specimen which tested positive for the presence of cocaine in the local laboratory for the Middle District of Florida; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated.

At the hearing, the Defendant knowingly, voluntarily, and with advice from counsel admitted to the committing violations three (3) and four (4) of his supervised release. The government agreed not to proceed on violations one (1) and two (2).

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept the Defendant's admissions and find him guilty of committing violations three (3) and four (4) of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before U.S. District Judge K. Michael Moore.

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge K. Michael Moore. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions

contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of February 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE